IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VALENTIN AYALA-GUTIERREZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-0387 |
| | § | |
| DIANA E. JACKSON, *ET AL.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff's motion for reconsideration (Docket Entry No. 28) is **DENIED** for the reasons set forth in the Court's order dismissing this lawsuit.

Plaintiff's motion for an extension of time to file a notice of appeal (Docket Entry No. 29) is **DENIED AS MOOT**. Plaintiff filed a notice of appeal with his motion, and the Fifth Circuit Court of Appeals docketed the appeal on March 11, 2016.

Plaintiff's motion for leave to file an amended complaint in this closed *pro se* state inmate civil lawsuit (Docket Entry No. 31) is **DENIED AS MOOT**.

Signed at Houston, Texas, on April 4, 2016.

_____
Gray H. Miller
United States District Judge